JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME AND COMFORT HEATING & AIR CONDITIONING INC., a California Corporation<br><br>      Plaintiff,<br><br>v.<br><br>KEN STARR INC., dba HOME COMFORT USA and DOES 1-20<br><br>      Defendants. | CASE NO.: 8:18-CV-469 JLS (DFMx)<br><br>ORDER OF DISMISSAL<br><br>ORDER VACATING PRELIMINARY INJUNCTION<br><br>ORDER EXONERATING CORPORATE BOND<br><br>ORDER RETAINING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT |

Pursuant to the Stipulation of the Parties, the Court Orders as follows:

1.      Each party shall bear its own attorneys' fees, costs and expenses incurred in the Litigation;

2.      The Court VACATES the Preliminary Injunction (Doc. 49) issued against Defendants;

3.      The Court ORDERS that the Bond filed by Plaintiff (Doc. 51) in relation to the Preliminary Injunction is EXONERATED; and

4.      The Court RETAINS JURISDICTION over the matter, and the terms of the settlement between the Parties shall be enforceable by way of motion to this Court in the event of a default by Defendant or Plaintiff under the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATED:  April 18, 2019

Hon. Josephine L. Staton
United States District Judge

CC:  FISCAL